# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Torsten Marsh, | Civil No. 10-1943 (RHK/FLN) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Bridgestone & Associates, LLC, | |
| Defendant. | |

Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 13), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits, without costs, disbursements or attorneys' fees to any party.

Dated:  March 10, 2011

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge